ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
Email: james.ki@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DARLENE GAIL THOMAS, *on behalf of Jana Leigh Thomas, deceased*,

Plaintiff,

v.

COMISSIONER OF SOCIAL SECURITY,

Defendant.

CIVIL NO. 2:26-cv-01592-TLN-AC

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER**

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

The Appeals Council will remand the case to an administrative law judge for a new decision. The Appeals Council will instruct the administrative law judge to take further action, as warranted, to complete the administrative record. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 20, 2026

*/s/ Francesco P. Benavides**
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
*authorized via email on August 20, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Council for Program Litigation 1

By: /s/ *James Ki*
JAMES KI
Special Assistant United States Attorney
Attorneys for Defendant

**[~~PROPOSED~~] ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: August 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE